## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALEX WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-114-DRH/SCW |
| v. | ) | |
| | ) | Chief Judge David R. Herndon |
| THREE  ANGELS  BROADCASTING | ) | |
| NETWORK,   INC.,   and   TOMMMY | ) | Magistrate Stephen C. Williams |
| SHELTON, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT THREE ANGELS BROADCASTING
## NETWORK, INC.'S RULE 7.1 DISCLOSURE

The undersigned counsel of record for Defendant Three Angels Broadcasting Network,

Inc. submits the following in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

Three Angels Broadcasting Network, Inc. is incorporated under the laws of the State of

Illinois.  It has no parent corporation.  No publicly-held corporation owns 10% or more of its

stock.

Patrick T. Garvey
Johnson & Bell
33 West Monroe, Suite 2700
Chicago, IL. 60601.
(312) 984-0203
garveyp@jbltd.com

-and-

    s/ M. Gregory Simpson
M. Gregory Simpson
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661
gsimpson@meagher.com

*Attorneys for Defendant*
*Three Angels Broadcasting Network, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2012, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ M. Gregory Simpson

## SERVICE LIST

**ALEX WALKER v. THREE ANGELS BROADCASTING
NETWORK, INC. and TOMMY SHELTON
United States District Court, Southern District of Illinois**

Jessica D. Arbour
jarbour@hermanlaw.com

James J. Gay
jgay@jamesgaylaw.com

**VIA U.S. MAIL**

Tommy Shelton
4721 13th Street
Meridian, MS 39307

s/ M. Gregory Simpson

8405212.1