IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALEX WALKER,

Plaintiff,

v.

THREE ANGELS BROADCASTING
NETWORK, INC., and TOMMY
SHELTON,

Defendants.                                              No. 12-cv-114-DRH-SCW

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation of dismissal with prejudice (Doc. 71). Pursuant to the stipulation, the Court **DISMISSES with prejudice** this cause of action with each party to bear its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 21st day of November, 2012.

David R. Herndon
2012.11.21
11:11:36 -06'00'

**Chief Judge
United States District Court**