# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

ALEX WALKER,

    Plaintiff,

v.

TOMMY SHELTON, and
THREE ANGELS BROADCASTING
NETWORK, INC.

    Defendants.                                No. 12-cv-114-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Stipulation of Dismissal filed on November 21, 2012.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 21, 2012, this case is **DISMISSED** with prejudice.

                                                                    NANCY J. ROSENSTENGEL,
                                                                    CLERK OF COURT


                                                        BY:      /s/*Sara Jennings*
                                                                        **Deputy Clerk**

Dated:   November 21, 2012

*David R. Herndon*
*2012.11.21 11:14:15 -06'00'*

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT